OPINION — AG — ** CANDIDATE — PRECINCT CENTRAL COMMITTEE — DUAL OFFICE ** QUESTION: IS IT LAWFUL FOR A PERSON, WHO IS A CANDIDATE FOR A POLITICAL OFFICE AND AT THE SAME TIME A MEMBER (CHAIRMAN OR OTHERWISE) OF A PRECINCT CENTRAL COMMITTEE OF A POLITICAL PARTY, TO PARTICIPATE, TO THE EXTENT AUTHORIZED BY 26 O.S. 32 [26-32] IN THE SELECTION OF A MEMBER ON THE ELECTION BOARD OF SAID PRECINCT ? — IT IS NOT UNLAWFUL (ELECTION BOARD, ELECTOR) CITE: 26 O.S. 51 [26-51] (FRED HANSEN)